1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 75-cr-01679-RSH |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF |
| | ) DISMISSAL OF INDICTMENT AND |
| OCTAVIANO RIOS, | ) RECALL OF BENCH WARRANT |
| | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in the above captioned case be dismissed without prejudice, and the Bench Warrant be recalled due to the length of time Defendant has been a fugitive.

IT IS SO ORDERED.

DATED: 5/14/24.

*Robert S. Huie*

HON. ROBERT S. HUIE
United States District Judge